**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Colemn Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DAVID B. KETROSER, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. KETROSER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY ADVISORS, a California corporation; CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation, d/b/a CHIPOTLE MEXICAN GRILL #1013; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-04153-RS<br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff DAVID B. KETROSER and Defendants AMERICAN REALTY ADVISORS, a California corporation; CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation, d/b/a CHIPOTLE MEXICAN GRILL #1013, through their undersigned counsel, stipulate and respectfully request that this action be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(2) with each side bearing his/its own attorneys' fees, costs, and litigation expenses. The parties further stipulate and respectfully request that the Court retain jurisdiction over the settlement agreement in accordance with the provisions of General Order No. 56.

Respectfully submitted,

Dated: March 23, 2020		*/s/ Irakli Karbelashvili*
					Irakli Karbelashvili, Attorney for
					Plaintiff DAVID B. KETROSER

Dated: March 23, 2020		*/s/ Michelle Patroni*
					Michelle Patroni, Attorney for
					Defendant CHIPOTLE MEXICAN
					GRILL, INC.,

Dated: March 23, 2020		*/s/ Myra B. Villamor*
					Myra B. Villamor, Attorney for
					Defendant AMERICAN REALTY
					ADVISORS

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

			/s/
			Irakli Karbelashvili

Stipulation and [Proposed] Order Dismissing Action With Prejudice
2

**ORDER**

Having reviewed the parties' stipulation, and good case appearing, this action is dismissed in its entirety with prejudice with each side bearing its own attorney' fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement.

IT IS SO ORDERED.

Dated: 3/23/2020

_____
United States District Judge